# Exhibit #1

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                    Employment

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

| CASE NUMBER | EEOC NUMBER |
|---|---|
| 201912-08737831 | 37A-2020-02698-C |

| COMPLAINANT | ADDRESS | PHONE |
|---|---|---|
| Aaron Reel | 1194 S 18th Street<br>El Centro, CA 92243 | 760-427-4832 |

**TYPE OF DISCRIMINATION AND LAW**
Government Code 12940

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| RESPONDENT(S) | ADDRESS | PHONE |
|---|---|---|
| City of El Centro | 1275 West Main Street<br>El Centro, CA 92243 | 7603374235 |

**NO. OF EMPLOYEES**

- Allegation -

**I ALLEGE THAT I EXPERIENCED**
Retaliation
**ON OR BEFORE**
November 28, 2019
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Reported or resisted any form of discrimination or harassment
**AS A RESULT, I WAS SUBJECTED TO**
Denied any employment benefit or privilege
**PARTICULARS**
I believe I was denied employment benefit and privilege in retaliation because I reported harassment based on gender (female) to HR. On or around March 19, 2019, the Staff Assistant Amanda Curiel submitted the budget request for training to the Chief of Police Brian Johnson, which was ordered by the Executive Commander Alvaro Ramirez and I submitted the request to the finance department for approval. Brian Johnson got upset when Amanda submitted the documents to Brian for approval, yelled at her, and said "Aaron Fucking working for me, he needs to ask my permission" in front of other staff. I am aware that Brian disrespects and discriminates women. Brian had passed comments in the past regarding women stating that "be aware of women, position in power, because they are vicious". He also commented towards the HR Chief Terry Brown Lee that "she is hard / difficult to deal with because she is a woman". On or around August 16, 2019, I reported the harassment towards Amanda to HR department. On or around October and November of 2019, Brian went on one-week vacation on each month. During that time, I was the acting Executive Commander and according to the department policy, I was supposed to be selected as acting Chief with 10% pay increase. However, Brian selected the junior commander Ray Donillas as acting chief of police. I am aware Ray was inexperienced for acting Chief of Police. Ray told me that I was not selected as acting chief of police in retaliation. I believe I was denied employment benefit and privilege in retaliation because I reported harassment towards female co-workers to internal HR.

FORM REV Pending
Page **1** of **2**



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                    Employment

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**

201912-08737831

**EEOC NUMBER**

37A-2020-02698-C

**SIGNED UNDER PENALTY OF PERJURY**

By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge, except as to matters stated on my information and belief, and as to those matters I believe them to be true.

**SIGNATURE OF COMPLAINANT OR COMPLAINANT'S LEGAL REPRESENTATIVE:**     **DATE:**

*AR*
Aaron REEL (May 10, 2020)

May 10, 2020

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                    GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                    KEVIN KISH, DIRECTOR
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

April 26, 2021

Via Email: atreel305@gmail.com

Aaron Reel
1194 S 18th Street
El Centro, Ca 92243

RE:  **Notice of Case Closure and Right to Sue**
     **Case Number**: 201912-08737831
     **Case Name**: Reel / City of El Centro, Attn: HR Department
     **EEOC Number**: 37A-2020-02698-C
     **County of Violation**: Imperial

Dear Aaron Reel:

The Department of Fair Employment and Housing (DFEH) has closed your case for the following reason: Insufficient evidence. The DFEH makes no determination about whether further investigation would establish violations of the Fair Employment and Housing Act (FEHA) or other laws. This decision does not mean the alleged claims have no merit or that the respondent is in compliance with the law. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.** As specified in Government Code section 12965, subdivision (b), you may file your own civil action asserting employment claims under the FEHA within one year of the date of this letter. If you want to file a civil action that includes other claims, you should consult an attorney about the applicable statutes of limitation.

Your complaint **is dual filed** with the United States Equal Employment Opportunity Commission (EEOC). You have a right to request EEOC to perform a substantial weight review of our findings. This request must be made within fifteen (15) days of your receipt of this notice. Pursuant to Government code section 12965, subdivision (d) (1), your right to sue may be tolled during the pendency of EEOC's review of your complaint. To secure this review, you must request it in writing to the State and Local Coordinator:

**EEOC Southern California**
**Roybal Federal Building**
**255 East Temple Street, 4th Floor**
**Los Angeles, California 90012**
**(213) 894-1100**

You have the right to appeal the decision to close your case. This request must be made within ten (10) days of receiving this letter. Your appeal must include: 1) a summary as to why you disagree with the case closure; and/or 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered. You may appeal this decision by:

- Email. Send your request to appeals@dfeh.ca.gov and make reference to the case #: 201912-08737831.

Notice of Case Closure and Right to Sue
April 26, 2021
Page 2 of 2

- Mail. Send your request to: DFEH Appeals Unit, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758. Include a copy of this letter and make reference to the case #: 201912-08737831.

- Phone. Call us at 800-884-1684 (voice), 800-700-2320 (TTY), or by using California's Relay Service at 711.

Although the DFEH has closed this case, the allegations and conduct at issue may be in violation of the law. You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Below are some resources to assist you in deciding whether to bring a civil action on your own behalf in court in the State of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint. To proceed in Superior Court, you should contact an attorney.

> The State Bar of California has a Lawyer Referral Services Program which can be accessed through its website at www.calbar.ca.gov under the "Public" link, or by calling 866-442-2529 (within California) or 415-538-2250 (outside California).
>
> Your local city or county may also have a lawyer referral or legal aid service.
>
> The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at www.dca.ca.gov/publications/small_claims. You may also order a free copy by calling the DCA Publication Hotline at 866-320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

Sincerely,

*Vivian Tobias*

Vivian Tobias
Consultant III (Specialist)
(213) 337-4532
vivian.tobias@dfeh.ca.gov


Cc:   Elizabeth L. Martyn
      Cole Huber LLP3401 Centrelake Dr.
      Suite 670
      Ontario, CA  91761
      Email:  martynlaw2000@aol.com

# Exhibit #2

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency Employment

# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**

202102-12661919

**EEOC NUMBER**

37A-2021-01939-C

- Allegation 1 -

**I ALLEGE THAT I EXPERIENCED**
Retaliation
**ON OR BEFORE**
April 15, 2021
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Requested and used a disability-related accommodation; Reported or resisted any form of discrimination or harassment; Requested and used Family Care or Medical Leave (CFRA)
**AS A RESULT, I WAS SUBJECTED TO**
Terminated
**PARTICULARS**
On or around April 15, 2021, I was terminated in retaliation for filing a workplace gender harassment/discrimination complaint, for filing a sexual harassment complaint on behalf of my subordinate, for using a medical leave for my disability, which was protected under the California Family Rights Act (CFRA/FMLA), and for filing an internal disability discrimination complaint. In August 2019, I filed a workplace gender harassment/discrimination complaint to Human Resources against Brian Johnson, Chief of Police. In October/November 2019, I memorialized a sexual harassment complaint on behalf of my subordinate and submitted a written complaint to Mr. Johnson. On December 11, 2019, my doctor placed me on a medical leave for my disability through January 26, 2020. In June 2020, I filed a complaint to Human Resources against Mr. Johnson for disability discrimination effective January 27, 2020. On April 15, 2021, I was terminated allegedly for undermining authority, poor workmanship, and dishonesty. These allegations are false and were used as pretext for retaliatory discrimination.

**SIGNED UNDER PENALTY OF PERJURY**
By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge, except as to matters stated on my information and belief, and as to those matters I believe them to be true.

**SIGNATURE OF COMPLAINANT OR COMPLAINANT'S LEGAL REPRESENTATIVE:**           **DATE:**

*Aaron T Reel*
Aaron T Reel (Apr 23, 2021 17:01 PDT)

Apr 23, 2021

FORM REV Pending
Page **2** of **2**

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

April 1, 2022

Via - First Class Mail

Aaron Reel
1194 South 18th Street
El Centro California 92243

RE: **Notice of Case Closure and Right to Sue**
**Case Number:** 202102-12661919
**Case Name:** Reel / El Centro Police Department
**EEOC Number:** 37A-2021-01939-C
**County of Violation:** Imperial

Dear Aaron Reel:

The Department of Fair Employment and Housing (DFEH) has closed your case for the following reason: **Insufficient Evidence**. The DFEH makes no determination about whether further investigation would establish violations of the Fair Employment and Housing Act (FEHA) or other laws. This decision does not mean the alleged claims have no merit or that the respondent is in compliance with the law. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.** As specified in Government Code section 12965, subdivision (b), you may file your own civil action asserting employment claims under the FEHA within one year of the date of this letter. If you want to file a civil action that includes other claims, you should consult an attorney about the applicable statutes of limitation.

Your complaint **is dual filed** with the United States Equal Employment Opportunity Commission (EEOC). You have a right to request EEOC to perform a substantial weight review of our findings. This request must be made within fifteen (15) days of your receipt of this notice. Pursuant to Government code section 12965, subdivision (d) (1), your right to sue may be tolled during the pendency of EEOC's review of your complaint. To secure this review, you must request it in writing to the State and Local Coordinator:

**EEOC Southern California**
**Roybal Federal Building**
**255 East Temple Street, 4th Floor**
**Los Angeles, California 90012**
**Karrie.Maeda@eeoc.gov**

You have the right to appeal the decision to close your case. This request must be made within ten (10) days of receiving this letter. Your appeal must include: 1) a summary as to why you disagree with the case closure; and/or 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered. You may appeal this decision by:

- Email. Send your request to appeals@dfeh.ca.gov and make reference to the case #: 202102-12661919.

- Mail. Send your request to: DFEH Appeals Unit, 2218 Kausen Drive, Suite 100, Elk

Notice of Case Closure and Right to Sue
March 21, 2022
Page 2 of 2

> Grove, CA 95758. Include a copy of this letter and make reference to the case #: 202102-12661919.

- Phone. Call us at 800-884-1684 (voice), 800-700-2320 (TTY), or by using California's Relay Service at 711.

Although the DFEH has closed this case, the allegations and conduct at issue may be in violation of the law. You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Below are some resources to assist you in deciding whether to bring a civil action on your own behalf in court in the State of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint. To proceed in Superior Court, you should contact an attorney.

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its website at www.calbar.ca.gov under the "Public" link, or by calling 866-442-2529 (within California) or 415-538-2250 (outside California).

- Your local city or county may also have a lawyer referral or legal aid service.

- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at www.dca.ca.gov/publications/small_claims. You may also order a free copy by calling the DCA Publication Hotline at 866-320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

Sincerely,

*Adeola Egbeyemi*
Adeola Egbeyemi

AGPA - Consultant II
213-337-4467
adeola.egbeyemi@dfeh.ca.gov


Cc:

El Centro Police Department
150 North 11th Street
El Centro California 92243

Elizabeth Martyn
3401 Centrelake Dr Suite 670
Ontario California 91761

Sunny Huynh
3401 Centrelake Dr Suite 670
Ontario California 91761

# Exhibit #3



# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

| **CASE NUMBER** | | **EEOC NUMBER** |
|---|---|---|
| 202107-14125509 | | |

| **COMPLAINANT** | **ADDRESS** | **PHONE** |
|---|---|---|
| Aaron Reel | 1194 South 18th Street<br>El Centro, California 92243 | (760) 427-4832 |

**TYPE OF DISCRIMINATION AND LAW**

Government Code 12940

NAMED IS THE EMPLOYER, PERSON, AGENCY, ORGANIZATION OR GOVERNMENT ENTITY WHO DISCRIMINATED AGAINST ME

| **RESPONDENT(S)** | **ADDRESS** | **PHONE** |
|---|---|---|
| City of El Centro | 1275 Main Street<br>el centro, California 92243 | (760) 337-4548 |

| **AGENT FOR SERVICE** | **ADDRESS** | **PHONE** |
|---|---|---|
| City of El Centro, Attn: HR Department, Agent of Service for City of El Centro | 1275 West Main Street<br>El Centro, CA 92243 | (760) 337-4510 |

**NO. OF EMPLOYEES**



# COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

**CASE NUMBER**
202107-14125509

**EEOC NUMBER**

---

- Allegation 1 -

**I ALLEGE THAT I EXPERIENCED**
Discrimination
**ON OR BEFORE**
June 9, 2021
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Age (40 and over)
**AS A RESULT, I WAS SUBJECTED TO**
Terminated
**PARTICULARS**


- Allegation 2 -

**I ALLEGE THAT I EXPERIENCED**
Retaliation
**ON OR BEFORE**
June 9, 2021
**BECAUSE OF MY ACTUAL OR PERCEIVED**
Reported or resisted any form of discrimination or harassment;Participated as a witness in a discrimination or harassment
**AS A RESULT, I WAS SUBJECTED TO**
Terminated
**PARTICULARS**
I filed a series of complaints against my Chief of Police for hostile work environment, retaliation, and harassment. I was retaliated against several times, denied opportunities some of which carried with them additional pay. I was also slated for termination which took effect on April 15th 2021. In March, the chief added an additional notice of intent to terminate for alleged dishonesty. There was no investigation, I was never afforded due process or rights regarding the allegations prior to receiving the notice. I appealed this in an evidentiary with HR (instead of the chief) and the evidence submitted resulted in the notice being overturned and not-sustained. This was an additional event in a continued series of attacks on me by the Chief of police after having filed a complaint against him.

**SIGNED UNDER PENALTY OF PERJURY**
By submitting this complaint I am declaring under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge, except as to matters stated on my information and belief, and as to those matters I believe them to be true.

**SIGNATURE OF COMPLAINANT OR COMPLAINANT'S LEGAL REPRESENTATIVE:**     **DATE:**

Mar 7, 2022

FORM REV Pending
Page **2** of **2**

STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency    GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**    KEVIN KISH, DIRECTOR
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

March 18, 2022

**Via Email**
atreel305@gmail.com

Aaron Reel
1194 South 18th Street
El Centro, California 92243

RE:  **Notice of Case Closure and Right to Sue**
     **Case Number**: 202107-14125509
     **Case Name**: Reel / City of El Centro
     **EEOC Number**: 37A-2022-00928
     **County of Violation**: Imperial

Dear Aaron Reel:

The Department of Fair Employment and Housing (DFEH) has closed your case for the following reason: **Complainant Elected Court Action**. The DFEH makes no determination about whether further investigation would establish violations of the Fair Employment and Housing Act (FEHA) or other laws. This decision does not mean the alleged claims have no merit or that the respondent is in compliance with the law. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**This is your Right to Sue notice.** As specified in Government Code section 12965, subdivision (b), you may file your own civil action asserting employment claims under the FEHA within one year of the date of this letter. If you want to file a civil action that includes other claims, you should consult an attorney about the applicable statutes of limitation.

Your complaint **is dual filed** with the United States Equal Employment Opportunity Commission (EEOC). You have a right to request EEOC to perform a substantial weight review of our findings. This request must be made within fifteen (15) days of your receipt of this notice. Pursuant to Government code section 12965, subdivision (d) (1), your right to sue may be tolled during the pendency of EEOC's review of your complaint. To secure this review, you must request it in writing to the State and Local Coordinator:

**EEOC Southern California
Roybal Federal Building
255 East Temple Street, 4th Floor
Los Angeles, California 90012
Karrie.Maeda@eeoc.gov**

You have the right to appeal the decision to close your case. This request must be made within ten (10) days of receiving this letter. Your appeal must include: 1) a summary as to why you disagree with the case closure; and/or 2) any new detailed information (e.g., documents, records, witness information) that supports your claim. If you appeal, the information you provide will be carefully considered. You may appeal this decision by:

- Email. Send your request to appeals@dfeh.ca.gov and make reference to the case #: 202107-14125509.

**Notice of Case Closure and Right to Sue**
**March 18, 2022**
Page 2 of 2

- Mail. Send your request to: DFEH Appeals Unit, 2218 Kausen Drive, Suite 100, Elk Grove, CA 95758. Include a copy of this letter and make reference to the case #: 202107-14125509.

- Phone. Call us at 800-884-1684 (voice), 800-700-2320 (TTY), or by using California's Relay Service at 711.

Although the DFEH has closed this case, the allegations and conduct at issue may be in violation of the law. You should consult an attorney as soon as possible regarding any other options and/or recourse you may have regarding the underlying acts or conduct.

Below are some resources to assist you in deciding whether to bring a civil action on your own behalf in court in the State of California under the provisions of the FEHA against the person, employer, labor organization or employment agency named in your complaint. To proceed in Superior Court, you should contact an attorney.

- The State Bar of California has a Lawyer Referral Services Program which can be accessed through its website at www.calbar.ca.gov under the "Public" link, or by calling 866-442-2529 (within California) or 415-538-2250 (outside California).

- Your local city or county may also have a lawyer referral or legal aid service.

- The Department of Consumer Affairs (DCA) has a publication titled "The Small Claims Court: A Guide to Its Practical Use" online at www.dca.ca.gov/publications/small_claims. You may also order a free copy by calling the DCA Publication Hotline at 866-320-8652, or by writing to them at: DCA, Office of Publications, Design and Editing, 1625 North Market Blvd., Suite N-112, Sacramento, CA 95834.

Sincerely,

*Ashlee Fimbres*

Ashlee Fimbres
Staff Services Analyst
(213) 337-4517
ashlee.fimbres@dfeh.ca.gov


Cc:  City of El Centro
     1275 Main Street
     El Centro, CA 92243

# Exhibit #4



FILE COMPLETED FORM BY MAIL OR IN PERSON AT:

CITY OF El CENTRO
City Clerk's Office
1275 Main Street
El Centro, CA  92243
Phone 760.337.4515  Fax 760.337.4564

OFFICE USE ONLY
CITY CLERK FILING STAMP

RCVD CITY CLERK'S
OCT 08 2021 PM 03:12

# CLAIMS FOR DAMAGES
## TO PERSONS OR PROPERTY

INSTRUCTIONS
1. Claim for death, injury to person or to personal property must be filed no later than six (6) months after the occurrence (Gov. Code Sec. 911.2).
2. Claims for damages to real property must be filed no later than one (1) year after the occurrence (Gov. Code Sec. 911.2).
3. Read entire claim form before filing. Attach separate sheets, if necessary, to give full details. Please **print or type** your information.
4. Pursuant to the Public Records Act, submitted claim is subject to public disclosure.
5. This Claim must be signed and dated on page 2 at the bottom.

### CLAIMANT INFORMATION

Name of Claimant

(First Name) Aaron   (Middle Initial)   (Last Name) Reel

Home Address: 1194 South 18th Street

Mailing Address (If different from Home Address):

City, State, Zip: El Centro, CA 92243     CA Driver's License No. A6752854

Daytime ( )     Evening ( )     Cell ( ) (760) 427-4832

Email: atreel305@gmail.com

### CLAIM INFORMATION

Type of Loss: ☐ Personal Injury   Other: See attached   Police Report # _____

☐ Property Damage

When did the injury or damage occur? April 15, 2021 through the Present     AM/PM
(Month/Day/Year)     (Day of Week)     (Time)

Where did the injury or damage occur? (Street address, intersecting streets, or other location)

El Centro Police Department 150 N. 11th Street El Centro, CA 92243; City of El Centro 1275 W Main Street El Centro, CA 92243; Imperial Valley College 380 E. Aten Rd. Imperial, CA 92251

How did injury or damage occur? (Describe accident or occurrence)
The City of El Centro, by and through City Manager Marcela Piedra, was negligent in the hiring of Chief Brian Johnson by failing to perform an adequate background check, including a POST background which would have demonstrated that Chief Johnson had a pattern and practice of retaliating against subordinate employees who engaged in protected activity exposing Claimant to a foreseeable risk of harm. (Continued on Page 3 Attachment)

CLAIM FOR DAMAGES 7/2012     Page | 1

What action or inaction on the part of the City caused the injury or damage?
Negligent Hiring/Supervision and Training; Intentional Interference with Prospective Economic Advantage; Defamation; and Destruction of Property (Clothing) approximately $600.00 loss.

Describe in detail the injury or damage:
Loss of career at El Centro City Police Department; Defamation Per Se Reputational Damages; Interference with obtaining prospective employment causing significant lost earnings and emotional distress; and approximately $600.00 in property loss.

Witness to injury or damage. List all persons and addresses of persons known to have information. (Continued on Pg. 3)
Former Director of Human Resources, Teri Brownlee (current address unknown)

(Name)                              (Address)                              (Phone Number)
Acting Chief, Alvaro Ramirez (current address unknown)

(Name)                              (Address)                              (Phone Number)
Names of City employee(s) involved, if known
See Attachment Page 3

## FINANCIAL INFORMATION

Amount claimed as of this date:    $ Past lost earnings of salary (approximately $50,000.00)
Estimated amount of future cost:   $ Future lost earnings and emotional distress
Total amount claimed:              $ 1 million

IF APPLICABLE, PLEASE PROVIDE A DIAGRAM OF THE INCIDENT AND LOCATION BELOW OR ATTACH SEPARATE SHEET(S), DATE AND SIGN EACH SHEET.

SKETCH OF INCIDENT

SIGNATURE OF PERSON FILING CLAIM            10/8/21
                                            DATE

NOTE: CLAIMS MUST BE FILED IN THE CITY CLERK'S OFFICE (Gov. Code Sec. 915A)
PRESENTATION OF A FALSE CLAIM IS A FELONY (Pen. Code Sec. 72)

CLAIM FOR DAMAGES 7/2012                                            Page | 2

# CLAIM FOR DAMAGES TO PERSONS OR PROPERTY
# CITY OF EL CENTRO

## ATTACHMENT (PAGE 3)

### CLAIM INFORMATION

**Type of Loss:** (Other) Negligent Hiring/Supervision and Training; Intentional Interference with Prospective Economic Advantage; and Defamation.

**Where did the injury or damage occur?:** (Continued from Page 1)

The City is liable pursuant to the failure to follow Government Code Sections 1029-1031. The City was further negligent in the supervision of Chief Brian Johnson. Claimant had complained of retaliatory adverse employment actions and over the course of several months, the City failed to remedy the environment proximately causing harm to his career. After Claimant's termination, he was informed that Chief Brian Johnson had defamed Claimant and interfered with his ability to become employed at Imperial Valley College. Claimant was forced to republish the false reasons the City and Chief Johnson provided for his termination to prospective employers further causing damages in excess of $25,000.00, the jurisdictional limits of the Court. The City further failed to return Claimant's personal clothing items after his termination resulting in an additional loss of approximately $600.00 to his property.

**Witness to injury or damage:** (Continued from Page 2)

Imperial Valley College Acting Coordinator, Mike Crankshaw (current address unknown)
Imperial Valley College Instructor, Aaron Messick (current address unknown)

**Name of City employee(s) involved in, if known:** (Continued from Page 2)

City Manager, Marcela Piedra;
Chief of El Centro Police Department, Brian Johnson; and
Former Director of Human Resources, Teri Brownlee

**CARL WARREN & COMPANY**

A ⓥ VENBROOK Company

October 27, 2021

Aaron Reel
1194 South 18th St.
El Centro, CA 92243

## REJECTION NOTICE

RE: Entity      : City of El Centro
    Claimant    : Aaron Reel
    D/Incident  : 4/15/21
    Our File    : 3025736 TV

Dear Mr. Reel,

We are the administrators for the self-insured liability claims program for the City of El Centro.

The above referenced claim which you filed with the above captioned entity on October 8, 2021 has been referred to us for investigation and handling.

Notice is hereby given that the claim presented to the captioned entity on October 8, 2021 was rejected on October 27, 2021. No further action will be taken on this claim by the City of El Centro.

Claim losses which have arisen since April 8, 2021, are rejected and subject to Paragraph I, below.

Claim losses which have arisen between October 8, 2020 and April 7, 2021, may be considered for an application for late consideration and are subject to Paragraph II, below.

All other claim losses which have arisen prior to October 8, 2020 have been rejected and those parts of the claim are considered returned, because the claim was not presented within one year of the accrual of the action.

## WARNING

Subject to certain exception, you have only six (6) months from the date this notice was deposited in the mail to file a court action on this claim. See, Government Code section 945.6

If any claim or causes of action exist, your only recourse at this time is to apply without delay to the City of El Centro for Leave to Present a Late Claim. See sections 911.2-912.2, inclusive, and section 946.6 of the Government Code. Under some circumstances, Leave to Present a Late Claim will be granted. See section 911.6 of the Government Code.

PO Box 2411, Tustin, CA 92781
T: 657-622-4200 | F: 866-254-4423 | www.carlwarren.com
CA License #2607296

Case 3:22-cv-00526-W-LR   Document 24-1   Filed 11/28/22   PageID.410   Page 20 of 20



**CARL WARREN & COMPANY**

A ⓥ VENBROOK Company

The time limitations herein apply only to causes of action arising under California law for which a claim is mandated by the California Government Claim Act. Government Code sections 900 *et seq*. Other causes of action, including those arising under federal law, may have different time limitations for filing.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very Truly Yours,

CARL WARREN & CO.

*Timothy M. Varon*

Timothy M. Varon
Claims Supervisor

PO Box 2411, Tustin, CA 92781
T: 657-622-4200 | F: 866-254-4423 | www.carlwarren.com
CA License #2607296

Page **2** of 2