**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON REEL,<br><br>                            Plaintiff,<br><br>v.<br><br>THE CITY OF EL CENTRO, et. al,<br><br>                           Defendants. | Case No.:  22-CV-00526-W-LR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER THE FIRST AMENDED COMPLAINT [DOC. 36]** |

//

/

/

/

/

      Pending before the Court is the parties' Joint Motion For Extension Of Time For Defendants To Answer The First Amended Complaint [Doc. 36].  Good cause appearing,

1

1  the Court **GRANTS** the joint motion [Doc. 36] and hereby orders that Defendants have
2  until March 8, 2023 to answer Plaintiff's First Amended Complaint.
3        **IT IS SO ORDERED.**
4  Dated: February 23, 2023

                                            Hon. Thomas J. Whelan
                                            United States District Judge