UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL,<br><br>                            Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>                           Defendants. | Case No.: 22cv526-W(LR)<br><br>**ORDER:**<br>**(1) GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING DISCOVERY DEADLINES AND FOLLOW-UP SETTLEMENT CONFERENCE [ECF No. 47]; AND**<br><br>**(2) SETTING A TELEPHONIC CASE MANAGEMENT CONFERENCE** |

      Currently before the Court is the parties' "Joint Motion and Stipulation to Continue Discovery Deadlines and Settlement Conference," in which the parties ask the Court to modify several events in the current scheduling order, including: (1) continue the fact discovery deadlines by approximately two months, (2) continue some expert discovery deadlines by approximately one month, and (3) continue the follow-up settlement conference, currently scheduled for August 16, 2023, by approximately two months. (ECF No. 47.) This is the parties' first request to amend the scheduling order.

      To demonstrate good cause to continue these events, Plaintiff's counsel explains

that her law firm's computer systems suffered a catastrophic failure, which "delayed [P]laintiff's ability provide the bulk of his document production." (ECF No. 47 at 2.) Additionally, the parties note that they have agreed to exchange additional documents, which will require time to review, setting back the discovery process as it is currently scheduled. (See id.) The parties request that the events in listed in the scheduling order be modified as follows:

| Event | Current Deadline/Scheduled Time | Proposed Deadline |
|---|---|---|
| Fact Discovery deadline | September 22, 2023 | November 17, 2023 |
| Written discovery (interrogatories, requests for admission, document production requests) | July 21, 2023 | September 15, 2023 |
| Follow-up Settlement Conference | August 16, 2023, at 9:30 a.m. | October 11, 2023, at 9:30 a.m. |
| Expert Designation | October 20, 2023 | November 17, 2023 |
| Exchange of Rebuttal Experts | November 3, 2023 | December 1, 2023 |
| Expert Disclosure | December 1, 2023 | January 5, 2023 |
| Supplemental Disclosure | December 15, 2023 | January 19, 2023 |

(See id. at 3.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes and collecting cases). "If that party was not diligent, the inquiry should end." Id.

Based on the foregoing, the Court finds good cause to amend the scheduling order

with respect to these events only.  Accordingly, the Court **GRANTS** the motion. Additionally, the Court *sua sponte* **SETS** a telephonic Case Management Conference on **November 22, 2023**, at **9:00 a.m.**  Plaintiff's counsel is **ORDERED** to arrange the joint call to Judge Rodriguez's chambers at (760) 339-4250.  As a summary, the Court modifies the scheduling order as follows:

| Event | Current Deadline/Scheduled Time | **Amended Date** |
|---|---|---|
| Fact Discovery deadline | September 22, 2023 | **November 17, 2023** |
| Written discovery (interrogatories, requests for admission, document production requests) | July 21, 2023 | **September 15, 2023** |
| Follow-up Settlement Conference | August 16, 2023, at 9:30 a.m. | **October 11, 2023**, at **9:30 a.m.** |
| Expert Designation | October 20, 2023 | **November 17, 2023** |
| Exchange of Rebuttal Experts | November 3, 2023 | **December 1, 2023** |
| Expert Disclosure | December 1, 2023 | **January 5, 2023** |
| Supplemental Disclosure | December 15, 2023 | **January 19, 2023** |
| Telephonic Case Management Conference | N/A | **November 22, 2023**, at **9:30 a.m.** |

All other deadlines and requirements from the Court's scheduling order (ECF No. 38) remain unchanged.

**IT IS SO ORDERED.**

Dated:  July 19, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge