UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL,<br><br>                      Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>                      Defendants. | Case No.: 22cv526-W(LR)<br><br>**ORDER:**<br>**(1) GRANTING JOINT MOTION TO CONTINUE FOLLOW-UP SETTLEMENT CONFERENCE [ECF No. 49]; AND**<br><br>**(2) RESETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

      Currently before the Court is the parties' "Joint Motion and Stipulation to Continue Settlement Conference Scheduled for October 11, 2023," in which the parties ask the Court to continue the follow-up settlement conference in this case by approximately one month. (ECF No. 49.)

      To demonstrate good cause to continue the settlement conference, the parties explain that additional document production has occurred since the Court's last modification of the scheduling order in this case, and that additional depositions and fact discovery are necessary to ensure that the settlement conference, currently scheduled for October 11, 2023 (ECF No. 48), will be productive. (See id. at 2.)

1

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes and collecting cases). "If that party was not diligent, the inquiry should end." Id.

Based on the foregoing, the Court finds good cause to continue the settlement conference. Accordingly, the Court **GRANTS** the motion and **RESETS** the follow-up settlement conference for **November 16, 2023**, at **9:30 a.m.** Additionally, the Court *sua sponte* **RESETS** the telephonic Case Management Conference, presently set for November 22, 2023 (ECF No. 48) for **January 10, 2024**, at **9:00 a.m.** Plaintiff's counsel is **ORDERED** to arrange the joint call to Judge Rodriguez's chambers at (760) 339-4250. As a summary, the Court modifies the scheduling order as follows:

| Event | Current Deadline/Scheduled Time | **Amended Date** |
|---|---|---|
| Follow-up Settlement Conference | October 11, 2023, at 9:30 a.m. | **November 16, 2023**, at **9:30 a.m.** |
| Telephonic Case Management Conference | November 22, 2023, at 9:30 a.m. | **January 10, 2024**, at **9:00 a.m.** |

All other deadlines and requirements from the Court's scheduling order (ECF No. 38) remain unchanged.

    **IT IS SO ORDERED.**

Dated: September 11, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge