UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL,<br><br>                          Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>                         Defendants. | Case No.: 22cv526-W(LR)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING DISCOVERY DEADLINES AND PRE-TRIAL DATES**<br><br>**[ECF No. 51]** |

      Currently before the Court is the parties' "Joint Motion and Stipulation to Continue Discovery Deadlines and Pre-trial Dates," in which the parties ask the Court to continue nearly every remaining event in the scheduling order for this matter, including: (1) continue the fact discovery deadline by approximately two months, (2) continue some expert discovery deadlines, and (3) continue the remaining settlement conferences and case management conferences.  (ECF No. 51.)  This is the parties' third request to amend the scheduling order, and the second time that the parties have requested modification of both fact discovery and expert discovery dates.  (See ECF Nos. 47, 49, 51.)

      To demonstrate good cause to continue these events, counsel explain that they have exchanged two large sets of document production requests, requests for admission, and

interrogatories since the written discovery deadline of September 15, 2023, that still require the production of thousands of documents. (ECF No. 51 at 2-3.) The parties note that the review of their responses to these requests will take more time than originally anticipated, and will likely lead to the taking and defending of additional depositions before the end of the fact discovery deadline. (See id.) As such, the parties request that the events in listed in the scheduling order (ECF No. 38) be modified as noted in the table below. The Court includes relevant docket numbers in the "Current Deadline/Scheduled Time" column to reflect the most recent amendments to the original scheduling order.

| Event | Current Deadline/Scheduled Time | Proposed Deadline |
|---|---|---|
| Fact Discovery deadline | November 17, 2023 (ECF No. 48) | January 12, 2024 |
| Follow-up Settlement Conference | November 16, 2023, at 9:30 a.m. (ECF No. 50) | January 12, 2024 |
| Expert Designation | November 17, 2023 (ECF No. 48) | January 12, 2024 |
| Telephonic Case Management Conference ("TCMC") | January 10, 2024[1] (ECF No. 50) | March 6, 2024 |
| Exchange of Rebuttal Experts | December 1, 2023 (ECF No. 48.) | January 26, 2024 |
| Mandatory Settlement Conference ("MSC") | December 13, 2023 (ECF No. 30) | February 7, 2024 |
| Confidential Settlement Briefs for the MSC | December 6, 2023 (ECF No. 30) | January 31, 2024 |
| Expert Disclosure | January 5, 2024 (ECF No. 48) | March 1, 2024 |
| Supplemental Disclosure | January 19, 2024 (ECF No. 48) | March 15, 2024 |

---

[1] Although the Joint Motion contains two continuance requests for separate TCMCs, the Court has only scheduled one TCMC in this case, which was continued from November 22, 2023 to January 10, 2024. (See ECF No. 50.)

| | | |
|---|---|---|
| Expert Discovery Deadline | January 12, 2024[2] (ECF No. 38) | April 12, 2024 |
| Pretrial Motions | February 16, 2024 (ECF No. 38) | April 12, 2024 |
| Pretrial disclosures | May 13, 2024 (ECF No. 38) | July 15, 2024 |
| Meet and confer re: Pretrial Conference | May 20, 2024 (ECF No. 38) | July 22, 2024 |
| Deadline for Plaintiff's counsel to provide opposing counsel with proposed pretrial order | May 27, 2024 (ECF No. 38) | July 29, 2024 |
| Proposed Final Pretrial Conference Order Lodged | June 3, 2024 (ECF No. 38) | August 5, 2024 |
| Informal Letter Briefs | June 12, 2024, at 2:30 p.m. (ECF No. 38) | August 14, 2024, at 2:30 p.m. |
| Final Pretrial Conference | June 17, 2024, at 10:30 a.m. (ECF No. 38) | August 19, 2024 at 10:30 a.m. |

(See id. at 4-5.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes and collecting cases). "If that party was not diligent, the inquiry should end." Id.

The Court concludes that good cause exists to modify most of the events in the parties' joint motion. Accordingly, the Court **GRANTS in part the** motion to allow the

---

[2] Although the parties list the current deadline for this event as February 16, 2024, (see ECF No. 51 at 4), this deadline has not been modified since the Court's original scheduling order. (ECF No. 38.)

parties additional time to complete fact and expert discovery.  As a summary, the Court modifies the scheduling order as follows:

| Event | Current Deadline/Scheduled Time | **Amended Deadline** |
|---|---|---|
| Fact Discovery deadline | November 17, 2023 (ECF No. 48) | **January 12, 2024** |
| Follow-up Settlement Conference | November 16, 2023, at 9:30 a.m. (ECF No. 50) | **January 24, 2024**, at **9:30 a.m.** |
| Expert Designation | November 17, 2023 (ECF No. 48) | **January 5, 2024** |
| Exchange of Rebuttal Experts | December 1, 2023 (ECF No. 48.) | **January 19, 2024** |
| Mandatory Settlement Conference ("MSC") | December 13, 2023 (ECF No. 30) | **March 13, 2024**, at **9:30 a.m.** |
| Confidential Settlement Briefs for the MSC | December 6, 2023 (ECF No. 30) | **March 6, 2024** |
| Expert Disclosure | January 5, 2024 (ECF No. 48) | **February 23, 2024** |
| Supplemental Disclosure | January 19, 2024 (ECF No. 48) | **March 8, 2024** |
| Expert Discovery Deadline | January 12, 2024 (ECF No. 38) | **March 29, 2024** |
| Pretrial Motions Filing Cutoff | February 16, 2024 (ECF No. 38) | **April 26, 2024** |
| Pretrial Disclosures | May 13, 2024 (ECF No. 38) | **July 8, 2024** |
| Meet and Confer about Pretrial Conference | May 20, 2024 (ECF No. 38) | **July 15, 2024** |
| Proposed Pretrial Order to Opposing Counsel | May 27, 2024 (ECF No. 38) | **July 22, 2024** |
| Proposed Pretrial Conference Order Served and Lodged with district judge | June 3, 2024 (ECF No. 38) | **July 29, 2024** |
| Informal Letter Briefs to district judge's chambers | June 12, 2024 by 2:30 p.m. (ECF No. 38) | **August 7, 2024**, by **2:30 p.m.** |

| Final Pretrial Conference | June 17, 2024 at 10:30 a.m. (ECF No. 38) | **August 12, 2024**, at **10:30 a.m.** |

All other requirements and deadlines from the Court's scheduling order (ECF No. 38) remain in effect. The Court notes that the extensions outlined above provide the parties with nearly two additional months to complete expert discovery, file pretrial motions, and prepare this case for trial. Any additional extension requests will therefore be strongly disfavored absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: October 30, 2023

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge