UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 22cv526-W(LR)<br><br>**ORDER:**<br>**(1) GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER REGARDING DISCOVERY DEADLINES AND FOLLOW-UP SETTLEMENT CONFERENCE [ECF No. 55];**<br><br>**(2) VACATING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

　　　Currently before the Court is a "Joint Motion and Stipulation to Continue Discovery Deadlines and Pre-trial Dates," in which the parties ask the Court to continue the remaining deadlines and events in the Court's scheduling order by approximately three months. (ECF No. 55.) This is the parties' second request to amend the scheduling order.

　　　To demonstrate good cause for the requested continuance, the parties note that Plaintiff's counsel sustained injuries from a fall that broke her dominant wrist and continues to experience complications that make it difficult for her to participate in the

discovery process, especially given that the close of fact discovery is approaching. (See id. at 2.) The Court held an informal discovery conference ("IDC") in this matter on January 2, 2024 after Plaintiff's counsel brought her medical issues and their resulting impact to the discovery deadlines to its attention. (See ECF No. 54.) Counsel for the defendants in this case did not object to a continuance of the discovery deadlines during the IDC, and confirm that they have no objections in the joint motion. (See ECF No. 55 at 2.) The parties accordingly request that the remaining discovery deadlines and hearings in the scheduling order be modified as follows:

| Event | Current Deadline/Scheduled Time | Proposed Deadline |
|---|---|---|
| Fact Discovery deadline | January 12, 2024 | April 11, 2024 |
| Follow-up Settlement Conference | January 24, 2024, at 9:30 a.m. | April 23, 2024 |
| Expert Designation | January 5, 2024 | April 4, 2024 |
| Exchange of Rebuttal Experts | January 19, 2024 | April 18, 2024 |
| Mandatory Settlement Conference ("MSC") | March 13, 2024, at 9:30 a.m. | June 11, 2024 |
| Confidential Settlement Briefs for the MSC | March 6, 2024 | June 4, 2024 |
| Expert Disclosure | February 23, 2024 | May 23, 2024 |
| Supplemental Disclosure | March 8, 2024 | June 6, 2024 |
| Expert Discovery Deadline | March 29, 2024 | June 27, 2024 |
| Pretrial Motions Filing Cutoff | April 26, 2024 | July 25, 2024 |
| Pre-trial Disclosures | July 8, 2024 | October 4, 2024 |
| Meet and Confer about Pretrial Conference | July 15, 2024 | October 11, 2024 |
| Proposed Pretrial Order to Opposing Counsel | July 22, 2024 | October 20, 2024 |

| Proposed Final Pretrial Conference Order served an lodged; objections to Pretrial Disclosure | July 29, 2024 | October 25, 2024 |
|---|---|---|
| Informal Letter Briefs to Judge's Chambers | August 7, 2024 by 2:30 p.m. | November 5, 2024 by 2:30 p.m. |
| Final Pretrial Conference | August 12, 2024, at 10:30 a.m. | November 11, 2024 at 10:30 a.m. |

(See id. at 3-5.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  This good cause standard "primarily considers the diligence of the party seeking the amendment.  The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes and collecting cases).  "If that party was not diligent, the inquiry should end."  Id.

Based on the foregoing, the Court finds good cause to amend the remaining deadlines and hearings in the scheduling order.  Accordingly, the Court **GRANTS** the parties' joint motion (ECF No. 55.)  Additionally, the Court *sua sponte* **VACATES** the telephonic Case Management Conference, currently set for **January 10, 2024**, at **9:00 a.m.**  (See ECF No. 50 at 2.)  As a summary, the Court modifies the scheduling order as follows:

| Event | Current Deadline/Scheduled Time | **Amended Date** |
|---|---|---|
| Telephonic Case Management Conference | January 10, 2024 at 9:30 a.m. (ECF No. 50) | **VACATED** |
| Fact Discovery deadline | January 12, 2024 (ECF No. 52) | **April 12, 2024** |

3

22cv526-W(LR)

| | | |
|---|---|---|
| Follow-up Settlement Conference | January 24, 2024, at 9:30 a.m. (ECF No. 52) | **April 17 2024**, at **9:30 a.m.** |
| Expert Designation | January 5, 2024 (ECF No. 52) | **April 5, 2024** |
| Exchange of Rebuttal Experts | January 19, 2024 (ECF No 52.) | **April 19, 2024** |
| MSC | March 13, 2024, at 9:30 a.m. (ECF No. 52) | **June 12, 2024**, at **9:30 a.m.** |
| Confidential Settlement Briefs for MSC | March 6, 2024 (ECF No. 52) | **June 5, 2024** |
| Expert Disclosure | February 23, 2024 (ECF No. 52) | **May 24, 2024** |
| Supplemental Disclosure | March 8, 2024 (ECF No. 52) | **June 7, 2024** |
| Expert Discovery Deadline | March 29, 2024 (ECF No. 52) | **July 5, 2024** |
| Pretrial Motions Filing Cutoff | April 26, 2024 (ECF No. 52) | **August 2, 2024** |
| Pretrial Disclosures | July 8, 2024 (ECF No. 52) | **October 28, 2024** |
| Meet and Confer about Pretrial Conference | July 15, 2024 (ECF No. 52) | **November 4, 2024** |
| Proposed Pretrial Order to Opposing Counsel | July 22, 2024 (ECF No. 52) | **November 11, 2024** |
| Proposed Pretrial Conference Order Served and Lodged with district judge | July 29, 2024 (ECF No. 52) | **November 18, 2024** |
| Informal Letter Briefs to district judge's chambers | August 27, 2024, by 2:30 p.m. (ECF No. 52) | **November 27, 2024**, by **2:30 p.m.** |
| Final Pretrial Conference | August 12, 2024, at 10:30 a.m. (ECF No. 52) | **December 2, 2024**, at **10:30 a.m.** |

All other requirements from the Court's scheduling order (ECF No. 38) remain in effect.

**IT IS SO ORDERED.**

Dated: January 9, 2024

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge