UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL,<br><br>         Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>         Defendants. | Case No.: 22cv526-W(LR)<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**[ECF Nos. 66 & 67]** |

  Currently before the Court is the parties' "Joint Motion and Stipulation to Continue Discovery Deadlines and Pre-trial Dates," in which the parties request that the Court amend the current scheduling order to allow several outstanding depositions and select supplemental discovery responses to be completed after the current fact discovery deadline of April 12, 2024.  (ECF Nos. 66 & 67.)

  To demonstrate good cause to continue these events, counsel explain that after several informal discovery conferences ("IDCs") before the undersigned regarding the depositions of: (1) Defendant Brian Johnson, (2) Officers Robert Sawyer, James Thompson, and John Seaman, as well as (3) El Centro City Attorney Betsy Martyn, the parties will need additional time to complete these depositions and supplement certain

discovery requests related to these individuals.  (ECF No. 67 at 2-3.)  The joint motion only seeks to extend the deadline by which these events will be completed—rather than extending the fact discovery cutoff in its entirety.  (See id.)

A scheduling order "may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  This good cause standard "primarily considers the diligence of the party seeking the amendment.  The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes and collecting cases).  "If that party was not diligent, the inquiry should end."  Id.

The Court concludes that good cause exists to extend the deadlines as they are outlined in the parties' request.  As such, the Court **GRANTS** the parties' joint motion (ECF No. 67) and extends the deadline by which the depositions and outstanding discovery responses outlined above may be completed to **May 31, 2024**.  The Court reiterates that this extension applies *only* to the events outlined in the parties' joint motion—not the fact discovery deadline in general.  All other deadlines and requirements from the scheduling order (ECF No. 38) remain unchanged.

**IT IS SO ORDERED.**

Dated:  April 9, 2024

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge