UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF EL CENTRO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 22cv526-W(LR)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SCHEDULING ORDER DEADLINES**<br><br>**[ECF No. 86]** |

On May 1, 2024, the parties filed a "Joint Motion and Stipulation to Continue Discovery Deadlines and Pre-Trial Dates re Scheduling Order [Doc 38]." (ECF No. 86.) They ask the Court to continue certain fact and expert discovery deadlines, as well as the deadline to file pretrial motions. (See id.) In support, the parties state that they have scheduled private mediation for May 14, 2024, and require additional time to resolve pending discovery disputes and complete outstanding discovery. (Id. at 2–3.) They further state that counsel for Defendant City of El Centro has a trial from May 13, 2024, until May 31, 2024 in an unrelated matter. (Id. at 3.) The parties therefore contend that their request to continue is warranted and list their proposed dates. (Id. at 3–5.)

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the

diligence of the party seeking the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (citing Fed. R. Civ. P. 16 advisory committee's notes and collecting cases). "If that party was not diligent, the inquiry should end." Id.

Having considered the parties' joint motion, the Court finds good cause and **GRANTS** the motion. Having consulted with the chambers of District Judge Thomas J. Whelan, the Court modifies the scheduling order as follows:

| Event | Current Deadline/Scheduled Time | **Amended Deadline** |
|---|---|---|
| Fact Discovery deadline | May 31, 2024 as to outstanding discovery and the following witnesses for deposition: Brian Johnson, Robert Sawyer, James Thompson, John Seaman; and Betsy Martyn | **June 21, 2024** as to outstanding discovery and the following witnesses for deposition: Brian Johnson, Robert Sawyer, James Thompson, John Seaman; and Betsy Martyn |
| Expert Disclosure | May 24, 2024 | **July 12, 2024** |
| Supplemental Disclosure | June 7, 2024 | **August 2, 2024** |
| Expert Discovery Deadline | July 5, 2024 | **August 30, 2024** |
| Pretrial Motions Filing Cutoff | August 2, 2024 | **September 6, 2024** |
| Pretrial Disclosures | October 28, 2024 | **December 9, 2024** |
| Meet and Confer about Pretrial Conference | November 4, 2024 | **December 16, 2024** |

| | | |
|---|---|---|
| Proposed Pretrial Order to Opposing Counsel | November 11, 2024 | **December 23, 2024** |
| Proposed Pretrial Conference Order Served and Lodged with district judge | November 18, 2024 | **December 30, 2024** |
| Informal Letter Briefs to district judge's chambers | November 27, by 2:30 p.m. | **January 8, 2025**, by **2:30 p.m.** |
| Final Pretrial Conference | December 2, 2024, at 10:30 a.m. | **January 13, 2025,** at **10:30 a.m.** |

All other guidelines and requirements remain unchanged. (See ECF No. 38.)

**IT IS SO ORDERED.**

Dated: May 3, 2024

_____
Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge