SUZY C. MOORE, ESQ. (SBN 151502)
suzymoore@lawyer.com
LAW OFFICES OF SUZY C. MOORE
8411 La Mesa Boulevard
La Mesa, CA 91942-5305
Telephone: (619) 469-9490; Fax (619) 469-9419

Attorney for Plaintiff AARON REEL

CHRISTOPHER P. WESIERSKI (SBN 086736)
cwesierski@wzllp.com
CHRISTIAN C.H. COUNTS (SBN 208363)
ccounts@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000; Fax (949) 756-0517

Attorneys for Defendant
CHIEF OF POLICE BRIAN JOHNSON

ELIZABETH M. KESSEL, ESQ. (SBN 128206)
emkessel@kesselaw.com
ARMINEH MEGRABYAN, ESQ. (SBN 223180)
amegrabyan@kesselaw.com
WARREN M. WILLIAMS, ESQ. (SBN 228742)
wmwilliams@kesselaw.com
KESSEL & MEGRABYAN
2550 N. Hollywood Way, Suite 410
Burbank, California 91505
Tele: (213) 383-2800; F: (213) 382-9529
E-mail: kesselaw@kesselaw.com

Attorneys for Defendants, CITY OF EL CENTRO, MARCELA PIEDRA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF EL CENTRO, a Public Entity; CHIEF OF POLICE BRIAN JOHNSON, individually and in his official capacity as Chief of Police of the El Centro Police Department; CITY MANAGER MARCELA PIEDRA, individually and in her official capacity; and DOES 1 through 10, inclusive. | CASE NO: 22-cv-00526-W-LR <br> Honorable Thomas J. Whelan <br> Courtroom: 3C <br> Hon. Magistrate Judge Lupe Rodriguez, Jr. <br><br> **NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS BASED THEREON** |

1

Case No. 22-cv-00526-W-LR
**NOTICE OF CONDITION SETTLEMENT AND JOINT STIPULATION TO STAY PROCEEDINGS BASED THEREON**

|   |   |
|---|---|
| Defendants. | ) |
|   | ) |

Plaintiff Aaron Reel ("Reel") Defendants City of El Centro ("City"), Chief of Police Brian Johnson ("Johnson"), and Marcela Piedra ("Piedra") (collectively referred to as "Defendants") have settled this matter pending the approval of the settlement by the executive committee of the CJPIA. Defendants anticipate final approval by the CJPIA will take between 30 and 45 days. It is therefore requested that all upcoming hearing and other calendar related dates be vacated and the Court set a further status conference in 60 days.

DATED: August 5, 2024                LAW OFFICES OF SUZY MOORE

By: __/s/_Suzy C. Moore_____
      SUZY C. MOORE
      Attorney for Plaintiff AARON REEL


DATED: August 5, 2024                WESIERSKI & ZUREK LLP


By: __/s/ Christian C.H. Counts____
      CHRISTOPHER P. WESIERSKI
      CHRISTIAN C.H. COUNTS
      SCARLET RUSH
      Attorneys for Defendant CHIEF OF
      POLICE BRIAN JOHNSON

| | |
|---|---|
| DATED: August 5, 2024 | KESSEL & MEGRABYAN |
| | By: __/s/ Warren M. Williams_____ |
| | ELIZABETH M. KESSEL |
| | ARMINEH MEGRABYAN |
| | WARREN M. WILLIAMS |
| | Attorneys for Defendants, CITY OF EL CENTRO, MARCELA PIEDRA |