SUZY C. MOORE, ESQ. (SBN 151502)
suzymoore@lawyer.com
LAW OFFICES OF SUZY C. MOORE
8411 La Mesa Boulevard
La Mesa, CA 91942-5305
Telephone: (619) 469-9490; Fax (619) 469-9419

Attorney for Plaintiff AARON REEL

CHRISTOPHER P. WESIERSKI (SBN 086736)
cwesierski@wzllp.com
CHRISTIAN C.H. COUNTS (SBN 208363)
ccounts@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000; Fax (949) 756-0517

Attorneys for Defendant
CHIEF OF POLICE BRIAN JOHNSON

ELIZABETH M. KESSEL, ESQ. (SBN 128206)
emkessel@kesselaw.com
ARMINEH MEGRABYAN, ESQ. (SBN 223180)
amegrabyan@kesselaw.com
WARREN M. WILLIAMS, ESQ. (SBN 228742)
wmwilliams@kesselaw.com
KESSEL & MEGRABYAN
2550 N. Hollywood Way, Suite 410
Burbank, California 91505
Tele: (213) 383-2800; F: (213) 382-9529
E-mail:  kesselaw@kesselaw.com

Attorneys for Defendants, CITY OF EL CENTRO, MARCELA PIEDRA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITY OF EL CENTRO, a Public Entity; CHIEF OF POLICE BRIAN JOHNSON, individually and in his official capacity as Chief of Police of the El Centro Police Department; CITY MANAGER MARCELA PIEDRA, individually and in her official capacity; and DOES 1 through 10, inclusive. <br><br> Defendants. | **CASE NO: 22-cv-00526-W-LR** <br> Honorable Thomas J. Whelan <br> Courtroom: 3C <br> Hon. Magistrate Judge Lupe Rodriguez, Jr. <br><br> **NOTICE OF SETTLEMENT APPROVAL** |

1

**NOTICE OF SETTLEMENT APPROVAL**

Case No.  22-cv-00526-W-LR

Plaintiff Aaron Reel along with Defendants City of El Centro, Chief of Police Brian Johnson, and Marcela Piedra (collectively referred to as "Parties") previously informed the Court they had settled this matter pending the approval by the executive committee of the CJPIA.  The Parties now give notice that the executive committee of the CJPIA approved the settlement.

DATED: September 3, 2024              LAW OFFICES OF SUZY MOORE

                                      By: __/s/ Suzy C. Moore_____
                                          SUZY C. MOORE
                                          Attorney for Plaintiff AARON REEL

DATED: September 3, 2024              WESIERSKI & ZUREK LLP

                                      By: ____/s/ Christopher P. Wesierski_____
                                          CHRISTOPHER P. WESIERSKI
                                          CHRISTIAN C.H. COUNTS
                                          SCARLET RUSH
                                          Attorneys for Defendant CHIEF OF POLICE BRIAN JOHNSON

In addition to above, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 3, 2024              KESSEL & MEGRABYAN

                                      By: _/s/ Warren M. Williams_____
                                          ELIZABETH M. KESSEL
                                          ARMINEH MEGRABYAN
                                          WARREN M. WILLIAMS
                                          Attorneys for Defendants, CITY OF EL CENTRO, MARCELA PIEDRA

2

**NOTICE OF SETTLEMENT APPROVAL**                          Case No. 22-cv-00526-W-LR

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 2550 N. Hollywood Way, Suite 410, Burbank, California 91505. I served the foregoing document(s) described as:

**NOTICE OF SETTLEMENT APPROVA;,   as follows**:

a. ___x___ Via Email per Agreement.

b. _____ I placed the envelope(s) for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

c. ___x___ **By Electronic Delivery**  NEF

d. Date of Service: September 3, 2024            Place of Deposit: Burbank, California

e. Addressed as Follows:

### SEE ATTACHED PROOF OF SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____August  1, 2024_____                                   /s/ *Sara Bruno*
Date                                                                                              Sara Bruno

1
**PROOF OF SERVICE**

SUZY C. MOORE, ESQ. (SBN 151502)
suzymoore@lawyer.com
LAW OFFICES OF SUZY C. MOORE
8411 La Mesa Boulevard
La Mesa, CA 91942-5305
Telephone: (619) 469-9490; Fax (619) 469-9419

Attorney for Plaintiff AARON REEL

CHRISTOPHER P. WESIERSKI
(SBN 086736)
cwesierski@wzllp.com
CHRISTIAN C.H. COUNTS
(SBN 208363)
ccounts@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000; Fax (949) 756-0517

Attorneys for Defendant
CHIEF OF POLICE BRIAN JOHNSON

suzymoore@lawyer.com; lawofficessmparalegal@gmail.com; ccounts@wzllp.com; jpurcell@wzllp.com; cwesierski@wzllp.com; katherton@wzllp.com

**KESSEL & MEGRABYAN**
2550 N. Hollywood Way, Suite 410
Burbank, California 91505
Tel. No.: (213) 383-2800 | Fax No. (213) 382-9529