UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON REEL,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF EL CENTRO, et al.,<br><br>　　　　　　　Defendants. | Case No.: 22-cv-00526-W-LR<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 128]** |

　　　Pending before the Court is a joint motion to dismiss this case with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) brought by Plaintiff Aaron Reel and Defendants Marcel Piedra, Chief of Police Brian Johnson, and the City of El Centro. ([Doc. 128], "Joint Motion".)  Good cause appearing, the Court **GRANTS** the Joint Motion [Doc. 128] and **ORDERS** the case **DISMISSED WITH PREJUDICE**.

　　　**IT IS FURTHER ORDERED** that each party shall bear its own fees, expenses, and costs.

　　　**IT IS SO ORDERED**.

Dated:  October 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge